# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA BALTASAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01565 |
| | ) | |
| v. | ) | Removed from: |
| | ) | |
| NATIONWIDE CREDIT, INC., | ) | Cook County Circuit Court |
| | ) | Chancery Division |
| | ) | Case No.: 2022 CH 00907 |
| Defendant. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Nationwide Credit, Inc. (hereinafter "Nationwide"), by its attorneys, respectfully files this Notice of Removal to remove this action from the Cook County Circuit Court, Chancery Division to the United States District Court for the Northern District of Illinois. In support of this Notice of Removal, Nationwide states as follows:

1. Plaintiff, Amanda Baltasar, originally commenced this action by filing a Complaint against Nationwide in the Cook County Circuit Court, Chancery Division captioned *Amanda Baltasar v. Nationwide Credit, Inc.*, Case No. 2022-CH-00907, on February 2, 2022. Nationwide was served with the complaint on February 25, 2022. A true and correct copy of the Complaint is attached hereto as Exhibit A. No further proceedings before the state court have occurred.

2. For the reasons described below, this Court has jurisdiction over the state court action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in her Complaint a cause of action arising under the laws of the United States.

3. Plaintiff alleges in her Complaint that Nationwide violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, in connection with allegedly unlawful collection activities concerning Plaintiff's debt. Specifically, Plaintiff alleges that Nationwide violated 1692c(a)(1) which prohibits communicating with a consumer "at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer."

4. The United States Supreme Court has affirmed that federal question jurisdiction exists when presented with a substantial federal question. *Grable & Sons Metal Prods., Inc. v. Darue Eng. & Mfg.*, 545 U.S. 308 (2005). Because Plaintiff seeks relief for a cause of action arising under a federal statute, the Complaint asserts a federal question under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and it is therefore removable pursuant to 28 U.S.C. § 1441.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days after service of the Complaint on Nationwide. Nationwide was served on February 25, 2022. *See* Exhibit B (state court docket).

6. The Cook County Circuit Court, Chancery Division is located within the federal Northern District of Illinois. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Illinois embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being caused to be served on Plaintiff, through her attorneys, at the address provided in the Complaint. Notice will also be promptly filed with the clerk of the Cook County Circuit Court.

9.      Nationwide files this Notice of Removal solely for the purpose of removing the state court action and does not waive, and specifically reserves, all defenses.

WHEREFORE, Defendant Nationwide Credit, Inc. gives notice that this action is removed to the United States District Court for the Northern District of Illinois, and respectfully requests that no further proceedings in this matter be had in the Cook County Circuit Court.

Date: March 25, 2022                    Respectfully submitted,

*s/ Morgan I. Marcus*
Morgan I. Marcus
George M. Bruggenthies
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985
E-mail: mmarcus@sessions.legal
         gbruggenthies@sessions.legal

*Attorneys for Defendant*
*Nationwide Credit, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2022, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system. A copy of this document and all attachments are being delivered by electronic mail to Plaintiff's counsel at the following address:

Michael Drew
Neighborhood Legal, LLC
20 North Clark Street, Suite 3300
Chicago, IL  60602
Ph: (312) 967-7220
mwd@neighborhood-legal.com

Respectfully submitted,

*s/ Morgan I. Marcus*
Morgan I. Marcus, Esq.