

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Morgan I. Marcus

Firm   Sessions, Israel & Shartle, LLC

Street Address   145 South Wells Street, Suite 1800

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   (312) 578-0985

Email address   mmarcus@sessions.legal

ARDC (Illinois State Bar members, only)   6309607

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-05969 | Latavia Wilson v. Radius Global Solutions, LI | Andrea R. Wood |
| 1:22-cv-01565 | Amanda Baltasar v. Nationwide Credit, Inc. | Manish S. Shah |
| 1:21-cv-05791 | Heather Blase v. Transworld Systems Inc. | Franklin U. Valderrama |
| 1:21-cv-06536 | Vanessia Brown v. Capital Management Services, L.P. | John Robert Blakey |
| 1:21-cv-06200 | Mary Sanchez v. Radius Global Solutions, LL | Sara L. Ellis |
| 1:21-cv-04281 | Shabbir Hassan v. Nationwide Credit, Inc. | John Robert Blakey |

  s/ Morgan I. Marcus                                   7/20/22
_____     _____
Signature of Attorney                                  Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:21-cv-06612 | Maria Ramos v. Nationwide Credit, Inc. | Charles R. Norgle |
| 1:22-cv-00240 | Heidi Kohz v. Nationwide Credit, Inc. | Mary M. Rowland |
| 1:22-cv-00247 | Shabbir Hassan v. Nationwide Credit, Inc. | John Robert Blakey |
| 1:22-cv-00893 | Keith Woodward v. Convergent Outsourcing, Inc. | Sara L. Ellis |
| 1:22-cv-00275 | Kerissa Norman v. Convergent Outsourcing, Inc. | Matthew F. Kennelly |
| 1:22-cv-02174 | James Rudd v. Alltran Financial, LP | Elaine E. Bucklo |
| 1:22-cv-02108 | Francoise Santiago v. Radius Global Solutions, LLC | John J. Tharp, Jr. |
| 1:22-cv-02568 | Gerald Walter v. Alltran Financial, LP | Edmond E. Chang |
| 1:22-cv-02796 | Janice Salley v. JHPDE Finance I, LLC | Gary Feinerman |