# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA BALTASAR, | ) | |
| | ) | Judge Manish S. Shah |
| Plaintiff, | ) | |
| | ) | Case No.: 1:22-cv-01565 |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| NATIONWIDE CREDIT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR NATIONWIDE CREDIT, INC.

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Morgan I. Marcus respectfully moves for leave to withdraw as attorney of record for Defendant Nationwide Credit, Inc. ("NCI"), and states in support:

1. Mr. Marcus filed a Notice of Appearance to represent NCI as an attorney for the law firm of Sessions, Israel & Shartle, LLC ("Sessions Firm").

2. Mr. Marcus is leaving the Sessions Firm effective August 2, 2022.

3. This withdrawal will not cause any prejudice and attorney George Bruggenthies of the Sessions Firm will remain as counsel of record for Defendant NCI.

WHEREFORE, the undersigned respectfully requests this Honorable Court issue an order granting Morgan I. Marcus leave to withdraw his appearance as counsel for Defendant, NCI.

Date: July 26, 2022                    Respectfully submitted,

<div style="margin-left:2em">

/s/ Morgan I. Marcus
Morgan I. Marcus
George M. Bruggenthies
SESSIONS, ISRAEL & SHARTLE, LLC
145 South Wells Street, Suite 1800
Chicago, IL 60606
Telephone No.: (312) 578-0990
Facsimile No.: (877) 334-0661
mmarcus@sessions.legal
gbruggenthies@sessions.legal

*Attorneys for Defendant
Nationwide Credit, Inc.*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Morgan I. Marcus

*Attorney for Defendant*
*Nationwide Credit, Inc.*